DEN NORSKE AMERIEKALINJE ACTIESSELSKABET, Respondent, *v.* SUN PRINTING AND PUBLISHING ASSOCIATION et al., Appellants.

*Pleading — when complaint states facts sufficient to constitute a cause of action for libel.*

*Den Norske Ameriekalinje Actiesselskabet* v. *Sun Printing & Publishing Association*, 192 App. Div. 956, affirmed.

(Argued September 29, 1920; decided October 19, 1920.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 23, 1920, which affirmed an order of Special Term granting plaintiff's motion for judgment in its favor upon the pleadings and overruling defendants' demurrer to the complaint. The action was for libel. (See 226 N. Y. 1.) The complaint alleged that one of defendants' newspapers had printed an article which was understood by its readers to mean that there was 15,000 tons of copper concealed in the hold of the *Kristianiafjord*, and that plaintiff had not complied with the United States government regulations affecting exports, and illegally falsified the manifest and other documents of said steamer, entered at the New York Custom House,

and knowingly, willfully and falsely violated the hospitality of the United States, and was engaged in transporting cargo to the enemies of the United States in violation of law and in violation of the provisions of the blockade of the allies of the United States and of the United States. The court at Special Term held that the complaint stated a cause of action. The Appellate Division affirmed and certified the following question: " Does the complaint herein state facts sufficient to constitute a cause of action? "

*MacDonald DeWitt* for appellants.
*Emilie M. Bullowa* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, CRANE and ELKUS, JJ.